1  Timothy J. Burke (SBN 181866)
   service@ssbla.com
2  STULL, STULL & BRODY
   10940 Wilshire Boulevard
3  Suite 2300
   Los Angeles, CA  90024
4  Tel:    (310) 209-2468
   Fax:    (310) 209-2087
5
   Michael S. Green
6  green@msgreenlaw.com
   GREEN & ASSOCIATES, LLC
7  522 Route 18
   P.O.Box 428
8  East Brunswick, New Jersey 08816
   Tel:  (732) 390-0480
9  Fax: (732) 390-0481
10
   Gary S. Graifman
11 ggraifman@kgglaw.com
   KANTROWITZ, GOLDHAMER & GRAIFMAN, PC
12 210 Summit Avenue
   Montvale, New Jersey 07645
13 Tel:    (201) 391-7000
   Fax:    201) 307-1086
14
   **Counsel for Plaintiff**

15

16

17                   UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                           SAN JOSE DIVISION

20

*E-FILED - 8/9/11*

| | |
|---|---|
| 21  BRIAN GRAIFMAN, on behalf of himself, all others similarly situated, and the general public | CASE NO. 11-CV-02488 RMW |
| 22 | **CLASS ACTION** |
| 23         Plaintiff, | **STIPULATION AND [] ORDER TO CONTINUE THE AUGUST 12, 2011 CASE MANAGEMENT CONFERENCE TO SEPTEMBER 16, 2011** |
| 24      v. | |
| 25  TREND MICRO CORPORATION, and DOES 1-10. | |
| 26 | |
| 27         Defendants. | |

28

**STIPULATION**

WHEREAS, the original Class Action Complaint was filed in the Superior Court for the State of California on March 2, 2011;

WHEREAS, the action was removed to Federal Court on May 20, 2011, and assigned to the Honorable Judge Howard R. Lloyd;

WHEREAS, Judge Lloyd set an Initial Case Management Conference for August 9, 2011;

WHEREAS, on June 14, 2011 the defendant answered the complaint;

WHERAS, on July 15, 2011 the action was assigned to the Honorable Judge Ronald M. Whyte and the August 9, 2011 date for the Initial Case Management Conference was vacated;

WHEREAS, on July 28, 2011, Judge Whyte set a Case Management Conference for August 12, 2011;

WHEREAS, on August 3, 2011, the parties held their Rule 26(f) conference.

WHEREAS, plaintiff's counsel Michael Scott Green, of Green and Associates, LLC and Gary S. Graifman, of Kantrowitz, Goldhamer & Graifman, P.C. both have a court ordered mediation in another matter scheduled for August 11, 2011, the date of the Initial Case Management Conference.  This mediation begins on August 10, 2011, and is scheduled for two days;

WHEREAS, neither party has previously sought to continue the Initial Case Management Conference.

//
//
//
//

1

1 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
2 parties, through their respective attorneys of record, and based on the foregoing, as follows:
3 Subject to approval by the Court the Initial Case Management Conference is continued
4 from August 12, 2011 to **September 16, 2011** at 10:30 a.m. and, the parties shall file their joint
5 Case Management Conference Statement on or before **September 9, 2011**.

STULL, STULL & BRODY

Dated: August 4, 2001                By:         /s/ Timothy J. Burke
                                             Timothy J. Burke
                                             service@ssbla.com
                                             10940 Wilshire Boulevard
                                             Suite 2300
                                             Los Angeles, CA  90024
                                             Tel:    (310) 209-2468
                                             Fax:    (310) 209-2087

                                             Michael S. Green
                                             green@msgreenlaw.com
                                             GREEN & ASSOCIATES, LLC
                                             522 Route 18
                                             P.O.Box 428
                                             East Brunswick, New Jersey 08816
                                             Tel:  (732) 390-0480
                                             Fax: (732) 390-0481

                                             Gary S. Graifman
                                             ggraifman@kgglaw.com
                                             KANTROWITZ, GOLDHAMER
                                             & GRAIFMAN, PC
                                             210 Summit Avenue
                                             Montvale, New Jersey 07645
                                             Tel:    (201) 391-7000
                                             Fax:    201) 307-1086

                                             **Counsel for Plaintiff**

23 //
24 //
25 //

STIPULATION AND [] ORDER TO CONTINUE THE 8-12-2011 CMC TO 9-16-2011
Case No. 11-CV-02488 RMW

|   |   |   |   |
|---|---|---|---|
| | | | BAKER & McKENZIE LLP |
| Dated:  August 4, 2001 | | By: | /s/ Tod L. Gamlen |
| | | | Tod L. Gamlen |
| | | | tod.gamlen@bakermckenzie.com |
| | | | Irene V. Gutierrez |
| | | | irene.gutierrez@bakermckenzie.com |
| | | | 660 Hansen Way |
| | | | Palo Alto, CA 94304-1044 |
| | | | Tel:     (650) 856-2400 |
| | | | Fax:    (650) 856-9299 |
| | | | |
| | | | Mark D. Taylor (pro hac vice) |
| | | | mark.taylor@bakermckenzie.com |
| | | | Matthew McCrary (pro hac vice) |
| | | | matthew.mccrary@bakermckenzie.com |
| | | | BAKER & McKENZIE LLP |
| | | | 2300 Trammell Crow Center |
| | | | Dallas, TX 75201 |
| | | | Tel:     (214) 978-3000 |
| | | | Fax:    (214) 978 -099 |

**Attorneys for Defendant Trend Micro, Incorporated (USA) sued herein as Trend Micro Corporation**

### ATTESTATION OF CONCURRENCE BY TIMOTHY J. BURKE

I, Timothy J. Burke, hereby attest that I am one of the attorneys for Plaintiff and, as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45 45(X)(B), concurrence in the filing of this document has been obtained from Tod L. Gamlen, the above signatory.

### ORDER []

Pursuant to the above stipulation **IT IS SO ORDERED.**

Dated:  8/9/11

*/s/ Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

3

STIPULATION AND [] ORDER TO CONTINUE THE 8-12-2011 CMC TO 9-16-2011
Case No. 11-CV-02488 RMW