| | |
|---|---|
| Timothy J. Burke (SBN 181866)<br>**STULL, STULL, & BRODY**<br>10940 Wilshire Boulevard<br>Suite 2300<br>Los Angeles, CA 90024<br>(301) 209-2468<br>(301) 209-2087<br>service@msgreenlaw.com<br><br>Gary S. Graifman<br>**KANTROWITZ, GOLDHAMER &**<br>**GRAIFMAN, PC**<br>210 Summit Avenue<br>Montvale, NJ 07645<br>Email: ggraifman@kgglaw.com<br>Phone: 201-391-7000<br>Facsimile: 201-307-1086<br><br>Michael S. Green<br>**GREEN & ASSOCIATES, LLC**<br>522 Route 18<br>P.O. Box 428<br>East Brunswick, NJ 08816<br>Email: green@msgreenlaw.com<br>Phone: 732-390-0480<br>Facsimile: 732-390-0481<br><br>*Attorneys for Plaintiff Brian Graifman* | Tod L. Gamlen (SBN: 83458)<br>Irene V Gutierrez (SBN: 252927)<br>**BAKER & McKENZIE LLP**<br>660 Hansen Way<br>Palo Alto, CA 94304-1044<br>Telephone: (650) 856-2400<br>Facsimile: (650) 856-9299<br>Email: tod.gamlen@bakermckenzie.com<br>Email: irene.gutierrez@bakermckenzie.com<br><br>Mark D. Taylor (*pro hac vice*)<br>Matthew McCrary (*pro hac vice*)<br>**BAKER & McKENZIE LLP**<br>2300 Trammell Crow Center<br>Dallas, TX 75201<br>Telephone: 214 978 3000<br>Facsimile: 214 978 3099<br>Email: mark.taylor@bakermckenzie.com<br>Email: matthew.mccrary@bakermckenzie.com<br><br>*Attorneys for Defendant*<br>*TREND MICRO, INCORPORATED (USA) sued*<br>*herein as TREND MICRO CORPORATION.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GRAIFMAN, on Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>    Plaintiff,<br><br>    v.<br><br>TREND MICRO CORPORATION, and DOES 1 through 10, Inclusive,<br><br>    Defendants. | **Case No. 11-CV-02488 RMW**<br><br>**INITIAL CASE MANAGEMENT AND SCHEDULING ORDER** |

After a case management conference held on September 16, 2011 the Court enters the

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/449307.2

Case No. 11-CV-02488 RMW
INITIAL CASE MANAGEMENT AND SCHEDULING ORDER

following initial case management and scheduling order.

1. The Court sets the following dates and deadlines for the class certification phase of this action:

    a. Designation of Class Certification Experts – December 30, 2011;

    b. Designation of Rebuttal Class Certification Experts – January 20, 2012;

    c. Close of Class Certification Discovery – February 10, 2012;

    d. Filing of Class Certification motion --February 28, 2012;

    e. Filing of Opposition to Class Certification motion – March 29, 2012;

    f. Filing of Reply to Class Certification motion – April 30, 2012;

    g. Hearing on class certification motion – May 18, 2012.

2. Until the determination of class certification the only discovery to take place will be limited to class certification issues and shall be further limited, except with leave of Court, as follows:

    a. Five (5) depositions per side;

    b. Fifteen (15) interrogatories per side;

    c. Ten (10) Requests for Admissions per side; and,

    d. Requests for Production shall be tailored to the class certification issue.

**IT IS SO ORDERED**.

Date: September 52, 2011

_Ronald M. Whyte_
UNITED DISTRICT COURT JUDGE

Approval as to form:

 s/ Gary S. Graifman
Gary S. Graifman
Counsel for Plaintiff


s/ Tod L. Gamlen
Tod L. Gamlen
Counsel for Defendant

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/449307.2

2

Case No. 11-CV-02488 RMW
INITIAL CASE MANAGEMENT AND SCHEDULING ORDER

**ATTESTATION OF CONCURRENCE BY TOD L. GAMLEN**

I, Tod L. Gamlen, hereby attest that I am one of the attorneys for defendant Trend Micro Inc. (USA) and, as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Gary S. Graifman, the above signatory.

Dated: September 22, 2011                              By:  s/ Tod L. Gamlen

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/449307.2

3

Case No. 11-CV-02488 RMW
INITIAL CASE MANAGEMENT AND SCHEDULING ORDER