Case5:11-cv-02488-RMW Document47 Filed11/09/11 Page1 of 3

Timothy J. Burke (SBN 181866)
STULL, STULL, & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
(301) 209-2468
(301) 209-2087
service@msgreenlaw.com

Gary S. Graifman
KANTROWITZ, GOLDHAMER & GRAIFMAN, PC
210 Summit Avenue
Montvale, NJ 07645
Email: ggraifman@kgglaw.com
Phone: 201-391-7000
Facsimile: 201-307-1086

Michael S. Green
GREEN & ASSOCIATES, LLC
522 Route 18
P.O. Box 428
East Brunswick, NJ 08816
Email: green@msgreenlaw.com
Phone: 732-390-0480
Facsimile: 732-390-0481

*Attorneys for Plaintiff Brian Graifman*

Tod L. Gamlen (SBN: 83458)
Irene V. Gutierrez (SBN: 252927)
BAKER & McKENZIE LLP
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: (650) 856-2400
Facsimile: (650) 856-9299
Email: tod.gamlen@bakermckenzie.com;
Email irene.gutierrez@bakermckenzie.com

Mark D. Taylor (*pro hac vice*)
Matthew McCrary (*pro hac vice*)
**BAKER & McKENZIE LLP**
2300 Trammell Crow Center
Dallas, TX 75201
Telephone: 214 978 3000
Facsimile: 214 978 3099
Email: mark.taylor@bakermckenzie.com
Email: matthew.mccrary@bakermckenzie.com

*Attorneys for Defendant TREND MICRO, INCORPORATED (USA) sued herein as TREND MICRO CORPORATION.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BRIAN GRAIFMAN, on Behalf of Himself, All Others Similarly Situated, and the General Public,

Plaintiff,

v.

TREND MICRO CORPORATION, and DOES 1 through 10, Inclusive,

Defendants.

**Case No. 11-CV-02488-RMW**

**STIPULATION AND ORDER REGARDING NONWAIVER OF PRIVILEGE**

**Complaint Filed: March 2, 2011**

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. _11-CV-02488-RMW
STIPULATION & ORDER RE NON-WAIVER OF PRIVILEGE

PALDMS/447107.2

Case5:11-cv-02488-RMW Document47 Filed11/09/11 Page2 of 3

**STIPULATION**

Plaintiff BRIAN GRAIFMAN (including any and all other persons that he may be determined to represent) and Defendant TREND MICRO INCORPORATED, by and through their respective counsel, enter into this Stipulation.

WHEREAS, the parties are engaged in the production and/or exchange of documents, things and electronically stored information;

WHEREAS, each party acknowledge that, while each party is making effort to identify and withhold from production any document, thing or electronically stored information which that party believes is privileged or otherwise legally protected from disclosure, given the volume and nature of material being exchanged, there is a possibility that certain privileged material may be produced inadvertently; and,

WHEREAS, each party intends and desires that any and all such inadvertent productions and/or disclosure not constitute a waiver of any applicable privileges or legal protection from disclosure (collectively referred to as "privilege(s)" or "privileged"), including, but not limited to, privileges and protections based on the attorney client privilege, the attorney work product doctrine, trade secret, confidentiality, and/or privacy.

IT IS THEREFORE STIPULATED as follows:

1. A party who discloses or produces any privileged document, thing or electronically stored information without intending to waive the claim of privilege associated with it may, within ten (10) days after the producing party actually discovers that such inadvertent disclosure or production occurred, amend its discovery response and notify the other party that such document, thing or electronically stored information was inadvertently disclosed or produced and should have been withheld as privileged.

Once the producing party provides such notice to the requesting party, the requesting party must promptly return the specified document, thing and/or electronically stored information and any copies thereof. By complying with this obligation, the requesting party does not waive any right it has to challenge the assertion of privilege and request on order of the court denying such privilege.

2

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. _11-CV-02488-RMW
STIPULATION & ORDER[PROPOSED] RE NON-WAIVER OF PRIVILEGE
PALDMS/447107.2

Case5:11-cv-02488-RMW Document47 Filed11/09/11 Page3 of 3

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 20, 2011

STULL, STULL & BRODY

By: /s/ Gary S. Graifman
Gary S. Graifman
Attorneys for Plaintiff
BRIAN GRAIFMAN

Dated: October 20, 2011

BAKER & McKENZIE LLP

By: /s/ Tod L. Gamlen
Tod L. Gamlen
Attorneys for Defendant
TREND MICRO, INCORPORATED (USA) sued herein as TREND MICRO, CORPORATION

**ATTESTATION OF CONCURRENCE BY TOD L. GAMLEN**

I, Tod L. Gamlen, hereby attest that I am one of the attorneys for Trend Micro Incorporated (USA), and, as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Gary S. Graifman, the above signatory.

Dated: October 20, 2011 By: /s/ Tod L. Gamlen

**ORDER [PROPOSED]**

Pursuant to stipulation IT IS SO ORDERED.

Date: November 9, 2011

Ronald M. Whyte
UNITED DISTRICT COURT JUDGE

3

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. _11-CV-02488-RMW
STIPULATION & ORDER RE NON-WAIVER OF PRIVILEGE

PALDMS/447107.2