Timothy J. Burke (SBN 181866)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:     (310) 209-2468
Fax:    (310) 209-2087

Michael S. Green (*Admitted Pro Hac Vice*)
green@msgreenlaw.com
GREEN & ASSOCIATES, LLC
522 Route 18
P.O. Box 428
East Brunswick, NJ  08816
Tel:     (732) 390-0480
Fax:    (732) 390-0481

Gary S. Graifman (*Admitted Pro Hac Vice*)
ggraifman@kgglaw.com
KANTROWITZ, GOLDHAMER & GRAIFMAN, PC
210 Summit Avenue
Montvale, NJ  07645
Tel:     (201) 391-7000
Fax:    (201) 307-1086

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GRAIFMAN, on Behalf of Himself, All Others Similarly Situated, and The General Public,<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO CORPORATION, and DOES 1-10.<br><br>Defendants. | CASE NO. 11-CV-02488 RMW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER REGARDING FILING OF AMENDED CLASS ACTION COMPLAINT** |

**STIPULATION & ORDER RE FILING OF AMENDED CLASS ACTION COMPLAINT**
Case No. 11-CV-02488 RMW
Z:\STULL\TREND MICRO\PLD\Stip re Filing AC (4).doc

1     **IT IS HEREBY STIPULATED AND AGREED**, by and between the above captioned
2  parties by their undersigned attorneys as follows:
3     1.   The Amended Class Action Complaint, attached hereto as Exhibit "1" shall be
4  deemed filed and served upon defendant Trend Micro Incorporated (USA) ("Trend Micro"
5  hereinafter), initially sued herein as Trend Micro Corporation, when this Stipulation and Order is
6  signed by the Court.
7     2.   Trend Micro shall have thirty (30) days from the date of filing of the Amended
8  Class Action Complaint (as set forth in ¶ 1, above) to file and serve its answer, motion or other
9  response to such Complaint.
10
11 Dated: October 28, 2011          By:       s/Timothy J. Burke
                                              Timothy J. Burke
12                                            service@ssbla.com
                                              **STULL, STULL & BRODY**
13                                            10940 Wilshire Boulevard
                                              Suite 2300
14                                            Los Angeles, CA  90024
                                              Tel:    (310) 209-2468
15                                            Fax:    (310) 209-2087
16                                            Michael S. Green (*pro hac vice*)
                                              green@msgreenlaw.com
17                                            **GREEN & ASSOCIATES, LLC**
                                              522 Route 18
18                                            P.O. Box 428
                                              East Brunswick, NJ  08816
19                                            Tel:    (732) 390-0480
                                              Fax:    (732) 390-0481
20
21                                            Gary S. Graifman (*pro hac vice*)
                                              ggraifman@kgglaw.com
22                                            **KANTROWITZ, GOLDHAMER & GRAIFMAN, PC**
                                              210 Summit Avenue
23                                            Montvale, NJ  07645
                                              Tel:    (201) 391-7000
24                                            Fax:    (201) 307-1086
25                                            *Counsel for Plaintiff*
26
27  //
28  //

1

**STIPULATION & ORDER RE FILING OF AMENDED CLASS ACTION COMPLAINT**
Case No. 11-CV-02488 RMW
Z:\STULL\TREND MICRO\PLD\Stip re Filing AC (4).doc

| | |
|---|---|
| Dated:  October 28, 2011 | By:       s/Tod L. Gamlen<br>Tod L. Gamlen<br>tod.gamlen@bakermckenzie.com<br>Irene V. Gutierrez<br>irene.gutierrez@bakermckenzie.com<br>**BAKER & McKENZIE, LLP**<br>660 Hansen Way<br>Palo Alto, CA  94304<br>Tel:    (650) 856-5504<br>Fax:    (650)856-9299<br><br>Mark D. Taylor (*pro hac vice*)<br>mark.taylor@bakermckenzie.com<br>Matthew McCrary (*pro hac vice*)<br>matthew.mccrary@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>2300 Trammell Crow Center<br>Dallas, TX 75201<br>Tel:    (214) 978-3000<br>Fax:    (214) 978-3099<br><br>*Counsel for Defendant* |

### ATTESTATION OF CONCURRENCE BY TIMOTHY J. BURKE

I, Timothy J. Burke, hereby attest that I am one of the attorneys for Plaintiff and, as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45 (X)(B), concurrence in the filing of this document has been obtained from Tod L. Gamlen, the above signatory.

Pursuant to the above stipulation **IT IS SO ORDERED.**

Dated:      33 1; 14233                           _____
                                                                      HONORABLE RONALD M. WHYTE
                                                                      UNITED STATES DISTRICT COURT JUDGE

2

**STIPULATION & ORDER RE FILING OF AMENDED CLASS ACTION COMPLAINT**
Case No. 11-CV-02488 RMW
Z:\STULL\TREND MICRO\PLD\Stip re Filing AC (4).doc