| | |
|---|---|
| Timothy J. Burke (SBN 181866)<br>STULL, STULL & BRODY<br>10940 Wilshire Blvd., Suite 2300<br>Los Angeles, CA 90024<br>(301) 209-2468<br>(301) 209-2087<br>service@ssbla.com<br><br>Gary S. Graifman<br>KANTROWITZ, GOLDHAMER &<br>GRAIFMAN, PC<br>210 Summit Ave.<br>Montvale, NJ 07645<br>Email: ggraifman@kgglaw.com<br>Phone: 201-391-7000<br>Facsimile: 201-307-1086<br><br>Michael S. Green<br>GREEN & ASSOCIATES, LLC<br>522 Route 18<br>P.O. Box 428<br>East Brunswick, NJ 08816<br>Email: green@msgreenlaw.com<br>Phone: 732-390-0480<br>Facsimile: 732-390-0481<br><br>Attorneys for Plaintiff<br>BRIAN GRAIFMAN | Tod L. Gamlen, State Bar No. 83458<br>Irene V. Gutierrez, State Bar No. 252927<br>**BAKER & McKENZIE LLP**<br>660 Hansen Way<br>Palo Alto, CA 94304-1044<br>Telephone: +1 650 856 2400<br>Facsimile: +1 650 856 9299<br>Email: tod.gamlen@bakermckenzie.com<br>Email: irene.gutierrez@bakermckenzie.com<br><br>Mark D. Taylor (*pro hac vice*)<br>Matthew McCrary (*pro hac vice*)<br>**BAKER & McKENZIE LLP**<br>2300 Trammell Crow Center<br>Dallas, TX 75201<br>Telephone: 214 978 3000<br>Facsimile: 214 978 3099<br>Email: mark.taylor@bakermckenzie.com<br>Email: matthew.mccrary@bakermckenzie.com<br><br>Attorneys for Defendant<br>TREND MICRO, INC. (USA) sued herein as<br>TREND MICRO CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GRAIFMAN, on Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>   Plaintiff,<br><br>   v.<br><br>TREND MICRO CORPORATION, and DOES 1 through 10, Inclusive,<br><br>   Defendants. | **Case No. CV11-02488 RMW**<br><br>**STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND DISCOVERY**<br><br>**Complaint Filed: March 2, 2011** |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

1

Case No. CV11-02488 RMW

STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND DISCOVERY
PALDMS/454595.1

## **STIPULATION**

Plaintiff BRIAN GRAIFMAN (including any and all other persons that he may be determined to represent) ("Plaintiff") and Defendant TREND MICRO INC. (USA)("Trend Micro"), by and through their respective counsel, enter into this Stipulation.

WHEREAS, on November 9, 2011 the Court granted Plaintiff leave to file an Amended Class Action Complaint ("FAC") in this action (Dkt. No.48) and such FAC was deemed filed on November 9, 2011.

WHEREAS, absent an extension of time and pursuant to the Stipulation and Order Regarding Filing of Amended Class Action Complaint (Dkt. No. 46), Trend Micro is to respond to the FAC on or before December 9, 2011.

WHEREAS, on November 10, 2011 Plaintiff served a revised First Request for Production of Documents ("Plaintiff's November 10 Document Request") and a revised First Set of Interrogatories ("Plaintiff's November 10 Interrogatories").

WHEREAS, absent an extension of time, Trend Micro is to respond to Plaintiff's November 10 Document Request and Plaintiff's November 10 Interrogatories on or before December 14, 2011.

WHEREAS, certain events have occurred which have led to Trend Micro needing additional time in order to respond to the FAC, Plaintiff's November 10 Document Request and Plaintiff's November 10 Interrogatories , including, but not limited to, extensive discussions as to the scope and interpretation of Plaintiff's November 10 Document Request and whether Plaintiff would be amending the class definition set forth in ¶ 30 of the FAC.

WHEREAS, the Plaintiff is agreeable to granting Trend Micro the extensions set forth in ¶¶ 1 and 2 below to respond to the FAC, Plaintiff's November 10 Document Request, and Plaintiff's November 10 Interrogatories but requests that the dates set forth in ¶ 1.a. – g., of the Court's September 30, 2011 Initial Case Management and Scheduling Order (Dkt. No. 44)(" September 30 Scheduling Order") be extended by the the time set forth in ¶ 3; and, Trend Micro is agreeable to such request.

//

//

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND DISCOVERY
PALDMS/454595.1

IT IS THEREFORE STIPULATED that:

1. The time for Trend Micro to respond to the FAC is hereby extended up to and including December 28, 2011.

2. The time for Trend Micro to respond to the Plaintiff's November 10 Document Request and Plaintiff's November 10 Interrogatories is hereby extended up to and including December 28, 2011.

3. The dates and deadlines for the class certification phase of this action and as set forth in the September 30 Scheduling Order at ¶ 1.a.-g., are extended as follows:

   a. Designation of Class Certification Experts – from December 30, 2011 to **January 13, 2012**;

   b. Designation of Rebuttal Class Certification Experts – from January 20, 2012 to **February 3, 2012** ;

   c. Close of Class Certification Discovery – from February 10, 2012 to **February 24, 2012**;

   d. Filing of Class Certification motion –from February 28, 2012 to **March 13, 2012**;

   e. Filing of Opposition to Class Certification motion – from March 29, 2012 to **April 12, 2012**;

   f. Filing of Reply to Class Certification motion – from April 30, 2012 to **May 7, 2012**;

//
//
//
//
//
//
//

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. CV11-02488 RMW
STIPULATION AND ORDER [PROPOSED] EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND DISCOVERY
PALDMS/454595.1

g. Hearing on class certification motion – from May 18, 2012 to **June 1, 2012**.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  December 9, 2011                          BAKER & McKENZIE LLP


By:/s/ Tod L. Gamlen
　　　Tod L. Gamlen
　　　Attorneys for Defendant
　　　TREND MICRO, INC. (USA) sued herein
　　　as TREND MICRO, CORPORATION

Dated:  December 9, 2011                          STULL, STULL & BRODY


By: /s/ Timothy J. Burke
　　　Timothy J. Burke
　　　Attorneys for Plaintiff
　　　BRIAN GRAIFMAN


### **ATTESTATION OF CONCURRENCE BY TOD L. GAMLEN**

I, Tod L. Gamlen, hereby attest that I am one of the attorneys for Trend Micro Incorporated (USA), and, as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Timothy J. Burke, the above signatory.

Dated:  December 9, 2011                          By:  /s/ Tod L. Gamlen


### **ORDER []**

Pursuant to stipulation IT IS SO ORDERED.

Dated:  Lcpwct{"32, 2014

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

4

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND DISCOVERY
PALDMS/454595.1