| | |
|---|---|
| Timothy J. Burke (SBN 181866) <br> **STULL, STULL & BRODY** <br> 10940 Wilshire Blvd., Suite 2300 <br> Los Angeles, CA 90024 <br> (301) 209-2468 <br> (301) 209-2087 <br> service@ssbla.com <br><br> Gary S. Graifman <br> **KANTROWITZ, GOLDHAMER &** <br> **GRAIFMAN, PC** <br> 210 Summit Ave. <br> Montvale, NJ 07645 <br> Email: ggraifman@kgglaw.com <br> Phone: 201-391-7000 <br> Facsimile: 201-307-1086 <br><br> Michael S. Green <br> **GREEN & ASSOCIATES, LLC** <br> 522 Route 18 <br> P.O. Box 428 <br> East Brunswick, NJ 08816 <br> Email: green@msgreenlaw.com <br> Phone: 732-390-0480 <br> Facsimile: 732-390-0481 <br><br> Attorneys for Plaintiff <br> BRIAN GRAIFMAN | Tod L. Gamlen, State Bar No. 83458 <br> Irene V. Gutierrez, State Bar No. 252927 <br> **BAKER & McKENZIE LLP** <br> 660 Hansen Way <br> Palo Alto, CA  94304-1044 <br> Telephone:  +1 650 856 2400 <br> Facsimile:   +1 650 856 9299 <br> Email:  tod.gamlen@bakermckenzie.com <br> Email:  irene.gutierrez@bakermckenzie.com <br><br> Mark D. Taylor (*pro hac vice*) <br> Matthew McCrary (*pro hac vice*) <br> **BAKER & McKENZIE LLP** <br> 2300 Trammell Crow Center <br> Dallas, TX  75201 <br> Telephone:    214 978 3000 <br> Facsimile:     214 978 3099 <br> Email:   mark.taylor@bakermckenzie.com <br> Email:   matthew.mccrary@bakermckenzie.com <br><br> Attorneys for Defendant <br> TREND MICRO, INC. (USA) sued herein as <br> TREND MICRO CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GRAIFMAN, on Behalf of Himself, All Others Similarly Situated, and the General Public, <br><br>        Plaintiff, <br><br>    v. <br><br> TREND MICRO CORPORATION, and DOES 1 through 10, Inclusive, <br><br>        Defendants. | **Case No. CV11-02488 RMW** <br><br> **STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO DISCOVERY** <br><br> **Complaint Filed:  March 2, 2011** |

1

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO DISCOVERY

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

**STIPULATION**

Plaintiff BRIAN GRAIFMAN (including any and all other persons that he may be determined to represent) ("Plaintiff") and Defendant TREND MICRO INC. (USA)("Trend Micro"), by and through their respective counsel, enter into this Stipulation.

**WHEREAS**, on December 9, 2011, the Parties filed a Stipulation and Order Extending Time to Respond to First Amended Complaint and Discovery, providing that Defendant was to answer Plaintiff's Amended Complaint and serve responses to Plaintiff's Revised First Set of Requests for Production of Documents and Revised First Set of Interrogatories by December 28, 2011.

**WHEREAS**, the Court approved the December 9, 2011 Stipulation referred to above and entered an order thereon on January 10, 2012 (Dkt. No. 51)("the January 10 Scheduling Order").

**WHEREAS**, on December 28, 2011, Trend Micro served its Responses and Objections to Plaintiff's Revised First Set of Requests for Production of Documents and Revised First Set of Interrogatories.

**WHEREAS**, Trend Micro served an expert report on Plaintiff on January 13, 2012 that included a survey by the expert.

**WHEREAS**, Trend Micro began production of documents on a rolling basis as of January 23, 2012, and, based on the information currently available to it, believes that as of April 22, 2012 it will have completed the production of the majority of the documents that it has agreed to produce; however, locating and collecting further documents that may be within the categories of documents that Trend Micro has agreed to produce has taken longer than expected for a variety of reasons, including, but not limited to, the fact that Trend Micro has had to restore and search one or more decomissioned servers in a foreign country and search for email files dating back many years, including email files of employees who no longer work for said defendant.

**WHEREAS**, Defendant's counsel now believe that production of class-related material requested by Plaintiff can be completed by April 22, 2012.

**WHEREAS**, Plaintiff's counsel contend that they cannot conduct depositions of Defendant's expert, nor the witnesses interviewed by Defendant's expert, until Plaintiff reviews all documents that Trend Micro produces; and, further, that they cannot properly prepare an expert rebuttal report

2

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO DISCOVERY

until the depositions of the persons referred to above are completed, which contentions are disputed by Trend Micro.

**WHEREAS**, on January 13, 2012; January 27, 2012; February 22, 2012; and March 16, 2012 the parties met and conferred regarding the oustanding production of Defendant's documents, Plaintiff's Rebuttal Expert Report, and discussed whether additional time was needed to complete both.

**WHEREAS**, in order to address the issues of allowing the Parties further time to complete discovery and the review of same, and allowing Plaintiff further time to prepare an expert rebuttal report, without the necessity of filing a motion, the Parties are stipulating to the extensions set forth below from the dates set forth in ¶ 3.a. – g., of the Court's January 10 Scheduling Order.

**IT IS THEREFORE STIPULATED** that:

1. The dates and deadlines for the class certification phase of this action and as set forth in the January 10, 2012 Scheduling Order at ¶ 3.a.-g., are extended as follows:

   a. Designation of Rebuttal Class Certification Experts – from February 3, 2012 to **May 23, 2012**;

   b. Close of Class Certification Discovery – from February 24, 2012 to **June 22, 2012**;

   c. Filing of Class Certification motion –from March 13, 2012 to **July 13, 2012**;

   d. Filing of Opposition to Class Certification motion – from April 12, 2012 to **August 13, 2012**;

   e. Filing of Reply to Class Certification motion – from May 7, 2012 to **September 13, 2012**;

   g. Hearing on class certification motion – from June 1, 2012 to **October 12, 2012**.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

3

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO DISCOVERY

1

2  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3

4  Dated:  March 21, 2012                              BAKER & McKENZIE LLP

5

6                                                      By:  /s/ Tod L. Gamlen
                                                          Tod L. Gamlen
7                                                         Attorneys for Defendant
                                                          TREND MICRO, INC. (USA) sued herein
8                                                         as TREND MICRO, CORPORATION

9  Dated:  March 21, 2012                              STULL, STULL & BRODY

10

11                                                     By:  /s/ Timothy J. Burke
                                                          Timothy J. Burke
12                                                        Attorneys for Plaintiff
                                                          BRIAN GRAIFMAN

13

14

15  **ATTESTATION OF CONCURRENCE BY TOD L. GAMLEN**

16  I, Tod L. Gamlen, hereby attest that I am one of the attorneys for Trend Micro Incorporated

17  (USA), and, as the ECF user and filer of this document, I attest that, pursuant to General Order No.

18  45(X)(B), concurrence in the filing of this document has been obtained from Timothy J. Burke, the

19  above signatory.

20

21  Dated:  March 21, 2012                              By:  /s/ Tod L. Gamlen

22

23                          **ORDER []**

24  Pursuant to stipulation IT IS SO ORDERED.

25
    Dated:  March ___, 20121                           *Ronald M. Whyte*
26                                                     UNITED STATES DISTRICT COURT JUDGE

27

28  DALDMS/706962.8

4

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO DISCOVERY

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400