| | |
|---|---|
| Timothy J. Burke (SBN 181866)<br>**STULL, STULL & BRODY**<br>10940 Wilshire Blvd., Suite 2300<br>Los Angeles, CA 90024<br>(301) 209-2468<br>(301) 209-2087<br>service@ssbla.com<br><br>Gary S. Graifman<br>**KANTROWITZ, GOLDHAMER &**<br>**GRAIFMAN, PC**<br>210 Summit Ave.<br>Montvale, NJ 07645<br>Email: ggraifman@kgglaw.com<br>Phone: 201-391-7000<br>Facsimile: 201-307-1086<br><br>Michael S. Green<br>**GREEN & ASSOCIATES, LLC**<br>522 Route 18<br>P.O. Box 428<br>East Brunswick, NJ 08816<br>Email: green@msgreenlaw.com<br>Phone: 732-390-0480<br>Facsimile: 732-390-0481<br><br>Attorneys for Plaintiff<br>BRIAN GRAIFMAN | Tod L. Gamlen, State Bar No. 83458<br>Irene V. Gutierrez, State Bar No. 252927<br>**BAKER & McKENZIE LLP**<br>660 Hansen Way<br>Palo Alto, CA  94304-1044<br>Telephone:  +1 650 856 2400<br>Facsimile:   +1 650 856 9299<br>Email:  tod.gamlen@bakermckenzie.com<br>Email:  irene.gutierrez@bakermckenzie.com<br><br>Mark D. Taylor (*pro hac vice*)<br>Matthew McCrary (*pro hac vice*)<br>**BAKER & McKENZIE LLP**<br>2300 Trammell Crow Center<br>Dallas, TX  75201<br>Telephone:   214 978 3000<br>Facsimile:   214 978 3099<br>Email:  mark.taylor@bakermckenzie.com<br>Email:  matthew.mccrary@bakermckenzie.com<br><br>Attorneys for Defendant<br>TREND MICRO, INC. (USA) sued herein as<br>TREND MICRO CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GRAIFMAN, on Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>            Plaintiff,<br><br>     v.<br><br>TREND MICRO CORPORATION, and DOES 1 through 10, Inclusive,<br><br>            Defendants. | **Case No. CV11-02488 RMW**<br><br>**STIPULATION AND ORDER [] EXTENDING DATES AND DEADLINES RE CLASS CERTIFICATION PHASE**<br><br>**Complaint Filed:  March 2, 2011** |

1

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING DATES RE CERTIFICATION PHASE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/471783.1

## **STIPULATION**

Plaintiff BRIAN GRAIFMAN (including any and all other persons that he may be determined to represent) ("Plaintiff") and Defendant TREND MICRO INC. (USA) ("Trend Micro"), by and through their respective counsel, enter into this Stipulation.

**WHEREAS**, on December 9, 2011, the Parties filed a Stipulation and Order Extending Time to Respond to First Amended Complaint and Discovery, providing that Defendant was to answer Plaintiff's Amended Complaint and serve responses to Plaintiff's Revised First Set of Requests for Production of Documents and Revised First Set of Interrogatories by December 28, 2011.

**WHEREAS**, the Court approved the December 9, 2011 Stipulation referred to above and entered an order thereon on January 10, 2012 (Dkt. No. 51) ("the January 10 Scheduling Order").

**WHEREAS**, on December 28, 2011, Trend Micro served its Responses and Objections to Plaintiff's Revised First Set of Requests for Production of Documents and Revised First Set of Interrogatories.

**WHEREAS**, Trend Micro served an expert report on Plaintiff on January 13, 2012 that included a survey by the expert.

**WHEREAS**, Trend Micro began production of documents on a rolling basis as of January 23, 2012, and, based on the information then available to it, believed that as of February 24, 2012 it had completed the production of the majority of the documents that it has agreed to produce; that locating and collecting further documents that may be within the categories of documents that Trend Micro had agreed to produce took longer than expected for a variety of reasons, including, but not limited to, the fact that Trend Micro had to restore and search one or more decommissioned servers in a foreign country and search for email files dating back many years, including email files of employees who no longer work for said defendant; and, that Trend Micro contends that the production of such class-related documents requested by Plaintiff and which Trend Micro agreed to produce was completed by April 23, 2012.

**WHEREAS,** on March 21, 2012 the Parties filed a Stipulation and Order [Proposed] Extending Time to Respond to Discovery, which, among other things, extended the then unexpired set forth in the January 10, 2012 Scheduling Order; and, on March 28, 2012 the Court approved such

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING DATES RE CERTIFICATION PHASE

PALDMS/471783.1

1   March 21 Stipulation and entered an order thereon on March 28, 2012 (Dkt. No. 55) ("the March 28
2   Scheduling Order").

3   **WHEREAS**, Plaintiff's counsel contended that they could not conduct depositions of
4   Defendant's expert, nor the witnesses interviewed by Defendant's expert, until Plaintiff reviewed all
5   documents that Trend Micro produces; and, further, that they cannot properly prepare an expert
6   rebuttal report until the depositions of the witnesses interviewed by Defendant's expert were,
7   completed, which contentions have been disputed by Trend Micro.

8   **WHEREAS,** to resolve that particular dispute Trend Micro agreed to voluntarily produce the
9   witnesses interviewed by Defendant's expert for deposition by May 14, 2012 and that Plaintiff
10  would produce its expert rebuttal report by May 23, 2012; and, it was Trend Micro's intent and
11  understanding of such agreement to voluntarily produce such witnesses was that the scope of such
12  "pre-rebuttal report" depositions would be limited solely to the information that was discussed
13  between such witnesses and Defendant's expert, the parties also agreeing that any further depositions
14  would be conducted after the Plaintiff submitted its expert rebuttal report.

15  **WHEREAS**, a dispute has arisen between Plaintiff and Trend Micro as to the scope of the
16  agreement relating to the "pre-rebuttal report" depositions. Trend Micro contends that the agreement
17  to voluntarily produce the witnesses for such "pre-rebuttal report" depositions was conditioned on
18  Plaintiff's agreement that such depositions are limited solely to the information that was discussed
19  between such witnesses and Defendant's expert; Plaintiff does not agree with this contention.

20  **WHEREAS**, on May 11 - 17 , 2012 the counsel for the parties met and conferred on this
21  dispute, both by telephone and by email and have reached an agreement as to the scope of the "pre-
22  rebuttal report" depositions referred to above.

23  **WHEREAS**, in light of such dispute Plaintiff needs further time to complete Plaintiff's
24  expert's rebuttal report; and, due to conflicting commitments, counsel for the parties need further
25  time to complete the other deadlines for the class certification phase set forth in the March 28
26  Scheduling Order.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

3

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING DATES RE CERTIFICATION PHASE

PALDMS/471783.1

WHEREAS, in light of the above facts, and hoping to avoid the necessity of filing a motion, the Parties are stipulating to the extensions set forth below from the dates set forth in ¶ 3.a. – g., of the Court's March 28 Scheduling Order.

**IT IS THEREFORE STIPULATED** that:

1. The dates and deadlines for the class certification phase of this action and as set forth in the January 10, 2012 Scheduling Order at ¶ 3.a.-g., are extended as follows:

   a. Designation of Rebuttal Class Certification Experts – from May 23, 2012 to **June 6, 2012**;

   b. Close of Class Certification Discovery – from June 22, 2012 to **July 23, 2012**;

   c. Filing of Class Certification motion –from July 13, 2012 to **August 13, 2012**;

   d. Filing of Opposition to Class Certification motion – from August 13, 2012 to **September 13, 2012**;

   e. Filing of Reply to Class Certification motion – from September 13, 2012, 2012 to **October 15, 2012**;

   f. Hearing on class certification motion – from October 12, 2012 to **November 9, 2012**.

//
//
//
//
//
//
//
//
//
//
//
//

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

4

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING DATES RE CERTIFICATION PHASE

PALDMS/471783.1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  May 21, 2012                                         BAKER & McKENZIE LLP


                                                             By: /s/ Tod L. Gamlen
                                                                 Tod L. Gamlen
                                                                 Attorneys for Defendant
                                                                 TREND MICRO, INC. (USA) sued herein
                                                                 as TREND MICRO, CORPORATION

Dated:  May 21, 2012                                         STULL, STULL & BRODY


                                                             By: /s/ Timothy J. Burke
                                                                 Timothy J. Burke
                                                                 Attorneys for Plaintiff
                                                                 BRIAN GRAIFMAN


### ATTESTATION OF CONCURRENCE BY TOD L. GAMLEN

I, Tod L. Gamlen, hereby attest that I am one of the attorneys for Trend Micro Incorporated (USA), and, as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Timothy J. Burke, the above signatory.


Dated:  May 21, 2012                                         By:  /s/ Tod L. Gamlen


### ORDER []

Pursuant to stipulation IT IS SO ORDERED.

Dated:  May __, 2012

                                                             /s/ Ronald M. Whyte
                                                             UNITED STATES DISTRICT COURT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

5

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING DATES RE CERTIFICATION PHASE

PALDMS/471783.1