| | |
|---|---|
| Timothy J. Burke (SBN 181866)<br>**STULL, STULL & BRODY**<br>10940 Wilshire Blvd., Suite 2300<br>Los Angeles, CA 90024<br>(301) 209-2468<br>(301) 209-2087<br>service@ssbla.com<br><br>Gary S. Graifman<br>**KANTROWITZ, GOLDHAMER &**<br>**GRAIFMAN, PC**<br>210 Summit Ave.<br>Montvale, NJ 07645<br>Email: ggraifman@kgglaw.com<br>Phone: 201-391-7000<br>Facsimile: 201-307-1086<br><br>Michael S. Green<br>**GREEN & ASSOCIATES, LLC**<br>522 Route 18<br>P.O. Box 428<br>East Brunswick, NJ 08816<br>Email: green@msgreenlaw.com<br>Phone: 732-390-0480<br>Facsimile: 732-390-0481<br><br>Attorneys for Plaintiff<br>BRIAN GRAIFMAN | Tod L. Gamlen, State Bar No. 83458<br>Irene V. Gutierrez, State Bar No. 252927<br>**BAKER & McKENZIE LLP**<br>660 Hansen Way<br>Palo Alto, CA 94304-1044<br>Telephone: +1 650 856 2400<br>Facsimile: +1 650 856 9299<br>Email: tod.gamlen@bakermckenzie.com<br>Email: irene.gutierrez@bakermckenzie.com<br><br>Mark D. Taylor (*pro hac vice*)<br>Matthew McCrary (*pro hac vice*)<br>**BAKER & McKENZIE LLP**<br>2300 Trammell Crow Center<br>Dallas, TX 75201<br>Telephone: 214 978 3000<br>Facsimile: 214 978 3099<br>Email: mark.taylor@bakermckenzie.com<br>Email: matthew.mccrary@bakermckenzie.com<br><br>Attorneys for Defendant<br>TREND MICRO, INC. (USA) sued herein as<br>TREND MICRO CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GRAIFMAN, on Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO CORPORATION, and DOES 1 through 10, Inclusive,<br><br>Defendants. | **Case No. CV11-02488 RMW**<br><br>**STIPULATION AND ORDER [] EXTENDING DATES AND DEADLINES RE CLASS CERTIFICATION PHASE**<br><br>**Complaint Filed: March 2, 2011** |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

1

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO DISCOVERY

476468-v1\PALDMS

## **STIPULATION**

Plaintiff BRIAN GRAIFMAN (including any and all other persons that he may be determined to represent) ("Plaintiff") and Defendant TREND MICRO INC. (USA) ("Trend Micro"), by and through their respective counsel, enter into this Stipulation.

**WHEREAS,** on May 21, 2012 the Parties filed a Stipulation and Order [Proposed] Extending Dates and Deadlines RE the Class Certification Phase, including extending the Time for Designation of Class Certification Experts, the Close of Class Certification Discovery, and the Filing of the Class Certification Motion; and, on May 30, 2012 the Court approved such May 21 Stipulation and entered an order thereon on May 30, 2012 (Dkt. No. 58) ("the May 30 Scheduling Order").

**WHEREAS**, Trend Micro produced the witnesses interviewed by Defendant's expert for deposition on May 24-25, 2012 and Plaintiff produced its expert rebuttal report on June 6, 2012.

**WHEREAS**, Trend Micro produced for deposition four Rule 30(b)(6) witnesses on July 12-20, 2012 and a witness for deposition pursuant to Rules 26 and 30, and Plaintiff Brian Graifman was produced for deposition on July 16, 2012.

**WHEREAS**, counsel for the parties met and conferred on July 20, 2012 and on July 23, 2012, by telephone, as to the outstanding discovery issues relating to class certification and the possibility of settlement and, in this regard, Plaintiff and Trend Micro wish to complete the exchange of any necessary discovery and explore the possibility of settlement through mediation at this time and hopefully avoid the fees and costs that would be incurred in both resolving any outstanding discovery issues relating to class certification and the briefing of a class certification motion.

**WHEREAS,** the parties are agreeing to engage in mediation before a JAMS mediator on or before September 15, 2012.

**WHEREAS**, in light of the above facts, the Parties are stipulating to the extensions set forth below from the dates set forth in ¶ 1.a. – f., of the Court's May 30, 2012 Scheduling Order.

**IT IS THEREFORE STIPULATED** that:

1. The dates and deadlines for the class certification phase of this action and as set forth in the May 30, 2012 Scheduling Order at ¶ 1.a.-f., are extended as follows:

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

476468-v1\PALDMS

2

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO DISCOVERY

1  a. Close of Class Certification Discovery – from July 23, 2012 to October 15, 2012, provided that such extension shall encompass solely any areas that Plaintiff believes are deficient from testimony or documents previously provided;

b. Filing of Class Certification motion –from August 13, 2012 to **November 7, 2012**;

c. Filing of Opposition to Class Certification motion – from September 13, 2012 to **December 7, 2012**;

**d.** Filing of Reply to Class Certification motion – from October 15, 2012 to **January 11, 2015**;

e. Hearing on class certification motion – from November 9,2012 to **Hgdtwct{ 1, 2015**.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

476468-v1\PALDMS

3

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO DISCOVERY

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 26, 2012         BAKER & McKENZIE LLP

                             By: /s/ Tod L. Gamlen
                                 Tod L. Gamlen
                                 Attorneys for Defendant
                                 TREND MICRO, INC. (USA) sued herein
                                 as TREND MICRO, CORPORATION

Dated: July 26, 2012         STULL, STULL & BRODY

                             By: /s/ Timothy J. Burke
                                 Timothy J. Burke
                                 Attorneys for Plaintiff
                                 BRIAN GRAIFMAN

### **ATTESTATION OF CONCURRENCE BY TOD L. GAMLEN**

I, Tod L. Gamlen, hereby attest that I am one of the attorneys for Trend Micro Incorporated (USA), and, as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Timothy J. Burke, the above signatory.

Dated: July 26, 2012              By:  /s/ Tod L. Gamlen

### **ORDER []**

Pursuant to stipulation IT IS SO ORDERED.

Dated: Cwi wuv'; , 2012

*Ronald M. Whyte*

UNITED STATES DISTRICT COURT JUDGE

4

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

476468-v1\PALDMS

Case No. CV11-02488 RMW
STIPULATION AND ORDER [] EXTENDING TIME TO RESPOND TO DISCOVERY