1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BRIAN GRAIFMAN, on Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO CORPORATION, and DOES 1 through 10, Inclusive,<br><br>Defendants. | **Case No. CV11-02488 RMW**<br><br>**ORDER EXTENDING DATES AND DEADLINES RE CLASSS CERTIFICATION PHASE**<br><br>**Complaint Filed: March 2, 2011** |
|---|---|

## **ORDER**

This Court, having considered the motion of plaintiff Brian Graifman to extend the class discovery period and related dates, defendant's opposition, Graifman's reply, and other matters of record the court finds good cause to grant an extension.

**IT IS THEREFORE ORDERED** that:

1. The dates and deadlines for the class certification phase of this action and as set forth in the August 8, 2012 Stipulation and Order Scheduling Order (Dkt. 60) at ¶ 1.a.-e., are extended as follows:

    a. Close of Class Certification Discovery – from October 15, 2012 to November 26, 2012;

1

    b. Filing of Class Certification motion – from November 7, 2012 to December 19, 2012;

    c. Filing of Opposition to Class Certification motion – from December 7, 2012 to January 18, 2013;

    **d.** Filing of Reply to Class Certification motion – from January 11, 2013 to February 22, 2013;

    e. Hearing on class certification motion – from February 1, 2013 to March 22, 2013.

**SO ORDERED**

Dated: October 24, 2012

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

2