UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GRAIFMAN, on Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO CORPORATION, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV11-02488 RMW<br><br>[PROPOSED] ORDER (1) AMENDING MARCH 20, 2013 ORDER CONDITIONALLY CERTIFYING CLASS AND GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND (2) CONTINUING FINAL APPROVAL HEARING<br><br>Complaint Filed: March 2, 2011 |

## ORDER

On January 9, 2013, Plaintiff and Defendant, in the above-captioned class action litigation entered into a Settlement and Release Agreement (the "Original Settlement Agreement") after extensive, arms-length settlement negotiations, including mediation sessions with Hon. William J. Cahill (Ret.) of JAMS. On January 30, 2013, Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement and Conditional Certification of Settlement (Doc. No. 69) (the "Preliminary Approval Motion") pursuant to Federal Rule of Civil Procedure 23(e) with respect to the Settlement Agreement. In the Preliminary Approval Motion, Plaintiff requested an order to conditionally certify the Settlement Class and to grant preliminary approval of the settlement set forth in the Original Settlement Agreement.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

1

Case No. CV11-02488 RMW
[PROPOSED] ORDER AMENDING MARCH 20, 2013 ORDER, etc.

On March 15, 2013, a hearing was held on the Preliminary Approval Motion during which the Court and counsel discussed certain issues relating to the Original Settlement Agreement, including the procedures by which Settlement Class Members could claim the recovery provided by the Settlement Agreement and, the portion of the Original Settlement Agreement relating to the waiver of the provisions of Cal. Civ. Code § 1542 (the "Section 1542 Waiver").

On March 20, 2013 the Court entered its Order Conditionally Certifying Class and Granting Preliminary Approval of Class Action Settlement ("March 20 Order") (Doc. No. 75).

Paragraph 7 of the Original Settlement Agreement provided that:

> The Parties may modify the Settlement Agreement prior to the Final Approval Hearing, so long as such modifications do not materially change the terms of the Settlement provided thereunder. The Court may approve the Settlement Agreement with such modifications as may be agreed to by the Parties, if appropriate, without further notice to the Settlement Class.

After the March 15, 2013 hearing, counsel for Plaintiff and Defendant conferred to discuss ways in which the Original Settlement Agreement could be modified to address the claims procedures and the Section 1542 Waiver issues raised at the hearing. As a result of those discussions, the Parties agreed that the Original Settlement Agreement could be slightly modified to address these issues; and, in this regard, agreed to the Amended Settlement and Release Agreement ("Amended Settlement Agreement"),

The Parties have filed a Stipulation in which they (i) ask the Court to approve the Amended Settlement Agreement, (ii) ask the Court to enter this Order for the purposes of amending the March 20 Order in light of the Amended Settlement Agreement, and (iii) ask the Court to continue the Final Approval Hearing of the settlement of this matter.

The Court has reviewed and considered such Stipulation and accompanying Exhibits, and determining that good cause exists therefor;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Amended Settlement Agreement is approved and shall be considered the operative settlement agreement for purposes of settlement of this action.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

725398-v1\

2

Case No. CV11-02488 RMW
[PROPOSED] ORDER AMENDING MARCH 20, 2013 ORDER, etc.

2. In light of the Amended Settlement Agreement, the March 20 Order (Doc. No. 75) is amended as follows:

    a. All references to "Settlement Agreement" in pages 2-8 of such order shall refer to the Amended Settlement Agreement; and

    b. The Final Approval Hearing is continued from August 9, 2013 at 9:00 AM to <u>October 11</u>, 2013 at 9:00 AM; and, Paragraphs B.6, and E.25 of the March 20 Order are amended accordingly.

3. As amended in Paragraph 2, above, the March 20, 2013 Order is in full force and effect.

IT IS SO ORDERED

Dated: <u>May 17</u>, 2013

_____
Hon. Ronald M. Whyte,
United States District Judge

725398-v1\

3

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. CV11-02488 RMW
[PROPOSED] ORDER AMENDING MARCH 20, 2013 ORDER, etc.