| | |
|---|---|
| Timothy J. Burke (SBN 181866)<br>STULL, STULL & BRODY<br>10940 Wilshire Blvd., Suite 2300<br>Los Angeles, CA 90024<br>(301) 209-2468<br>(301) 209-2087<br>service@ssbla.com | Tod L. Gamlen, State Bar No. 83458<br>**BAKER & McKENZIE LLP**<br>660 Hansen Way<br>Palo Alto, CA  94304-1044<br>Telephone:  +1 650 856 2400<br>Facsimile:   +1 650 856 9299<br>Email:   tod.gamlen@bakermckenzie.com |
| Gary S. Graifman<br>KANTROWITZ, GOLDHAMER &<br>GRAIFMAN, PC<br>210 Summit Ave.<br>Montvale, NJ 07645<br>Email: ggraifman@kgglaw.com<br>Phone: 201-391-7000<br>Facsimile: 201-307-1086 | Mark D. Taylor (*pro hac vice*)<br>**BAKER & McKENZIE LLP**<br>2300 Trammell Crow Center<br>Dallas, TX  75201<br>Telephone:    214 978 3000<br>Facsimile:    214 978 3099<br>Email:   mark.taylor@bakermckenzie.com |
| Michael S. Green<br>GREEN & ASSOCIATES, LLC<br>522 Route 18<br>P.O. Box 428<br>East Brunswick, NJ 08816<br>Email: green@msgreenlaw.com<br>Phone: 732-390-0480<br>Facsimile: 732-390-0481 | Attorneys for Defendant<br>TREND MICRO, INC. (USA) sued herein as<br>TREND MICRO CORPORATION |

Attorneys for Plaintiff
BRIAN GRAIFMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GRAIFMAN, on Behalf of Himself, All Others Similarly Situated, and the General Public,<br><br>            Plaintiff,<br><br>       v.<br><br>TREND MICRO CORPORATION, and DOES 1 through 10, Inclusive,<br><br>            Defendants. | **Case No. CV11-02488 RMW**<br><br>**STIPULATION AND []<br>ORDER  CONTINUING FINAL<br>APPROVAL HEARING TO<br>NOVEMBER 15, 2013**<br><br>**Complaint Filed:  March 2, 2011** |

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

505900-v1\PALDMS

Case No. CV11-02488 RMW
STIPULATION AND [] ORDER CONTINUING HEARING DATE

## **STIPULATION**

Plaintiffs BRIAN GRAIFMAN and the conditionally certified settlement class ("Plaintiffs") and Defendant TREND MICRO INC. (USA)("Trend Micro"), by and through their respective counsel, enter into this Stipulation.

WHEREAS, by its order dated March 20, 2013 (Dkt. No. 75) ("March 20 Order"), the Court conditionally certified the class, granted preliminary approval of the parties' settlement and scheduled the final approval hearing for August 9, 2013.

WHEREAS, the Court subsequently amended its March 20 Order by order dated May 17, 2013 (Dkt. No. 78), and rescheduled the final approval hearing date to October 11, 2013.

WHEREAS, on October 4, 2013, the Court continued the final approval hearing until October 18, 2013.

WHEREAS, counsel for Trend Micro is unavailable on October 18, 2013 due to a previously scheduled international business trip.

WHEREAS, Plaintiffs and Trend Micro, as well counsel for both parties have agreed to continue the hearing until November 15, 2013 in order to allow all counsel to participate in the hearing.

//
//
//
//
//
//
//
//
//
//
//

2

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

505900-v1\PALDMS

Case No. CV11-02488 RMW
STIPULATION AND [] ORDER CONTINUING HEARING DATE

1    IT IS THEREFORE STIPULATED, THROUGH COUNSEL OF RECORD, that the final approval hearing shall, subject to the Court's approval, be continued from October 18, 2013 to November 15, 2013 at 9:00 AM or as soon thereafter as the Court's calendar permits.

Dated: October 8, 2013          BAKER & McKENZIE LLP

By:/s/ Tod L. Gamlen
   Tod L. Gamlen
   Attorneys for Defendant
   TREND MICRO, INC. (USA) sued herein
   as TREND MICRO, CORPORATION

Dated: October 9, 2013          STULL, STULL & BRODY

By: /s/ Timothy J. Burke
   Timothy J. Burke
   Attorneys for Plaintiff
   BRIAN GRAIFMAN

## ATTESTATION OF CONCURRENCE BY TOD L. GAMLEN

I, Tod L. Gamlen, hereby attest that I am one of the attorneys for Trend Micro Incorporated (USA), and, as the ECF user and filer of this document, I attest that, pursuant to Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Timothy J. Burke, the above signatory.

Dated: October 9, 2013          By: /s/ Tod L. Gamlen

## [] ORDER

Pursuant to stipulation IT IS SO ORDERED.

Dated: October Fï____, 2013

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

505900-v1\PALDMS

3

Case No. CV11-02488 RMW
STIPULATION AND [] ORDER CONTINUING HEARING DATE